**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00194-LTB-MEH

CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation,

        Plaintiffs,

v.

ACTION MANUFACTURING, LLC, a Colorado limited liability company,
RIDDELL & COMPANY, INC., a Colorado corporation,
RICHARD A. RIDDELL, an individual, and
PAUL RIDDELL, an individual,

        Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Notice of Dismissal With Prejudice (Doc 25 - filed June 20, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:  June 21, 2006